FILED

08/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0472

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0419

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TAYLOR MICHAEL QUANDT,

      Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to dismiss the above-entitled matter, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2024